UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

FREEDOM FROM RELIGION FOUNDATION,
INC., et al.,

        Plaintiff(s),

v.

CITY OF WARREN, MICHIGAN, et al.,

        Defendant(s).
                            /

Case No. 2:11-cv-15617

Judge Lawrence P. Zatkoff

Magistrate Judge R. Steven Whalen

## STATEMENT OF DISCLOSURE
## OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST

Pursuant to E. D. Mich. LR 83.4, Freedom From Religion Foundation, Inc.

makes the following disclosure: *(NOTE: A negative report, if appropriate, is required.)*

1. Is said corporate party a subsidiary or affiliate of a publicly owned corporation?

   Yes ☐    No ☑

   If the answer is yes, list below the identity of the parent corporation or affiliate and the relationship between it and the named party.

   Parent Corporation/Affiliate Name:
   Relationship with Named Party:

2. Is there a publicly owned corporation or its affiliate, not a party to the case, that has a substantial financial interest in the outcome of the litigation?

   Yes ☐    No ☑

   If the answer is yes, list the identity of such corporation or affiliate and the nature of the financial interest.

   Parent Corporation/Affiliate Name:
   Nature of Financial Interest:

Date: December 22, 2011

/s/ Danielle J. Hessell

P68667
Butzel Long
Stoneridge West
41000 Woodward Avenue
Bloomfield Hills MI 48304
248/258-2924
hessell@butzel.com