# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

| | | |
|---|---|---|
| Freedom From Religion Foundation, Inc., et al | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 11-15617 |
| | ) | |
| v. | ) | |
| | ) | |
| Warren, City of, et al | ) | Hon. Lawrence P. Zatkoff |
| | ) | |
| Defendant. | ) | |

**SUMMONS IN A CIVIL ACTION**

To:     Warren, City of

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Danielle J. Hessell
> Butzel Long
> 41000 Woodward Avenue
> Bloomfield Hills, MI 48304

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*DAVID J. WEAVER, CLERK OF COURT*

By: s/ Kristen Krawczyk
*Signature of Clerk or Deputy Clerk*

Date of Issuance: December 23, 2011



# Summons and Complaint Return of Service

Case No. 11-15617
Hon. Lawrence P. Zatkoff

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Party Served:    Warren, City of

Date of Service: _____

## Method of Service

___    Personally served at this address:
       _____
       _____
       _____

___    Left copies at the usual place of abode with (name of person):
       _____
       _____
       _____

___    Other (specify):
       _____
       _____
       _____

___    Returned unexecuted (reason):
       _____
       _____
       _____

**Service Fees:**    Travel $_____    Service $_____    Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server:    _____
Signature of Server: _____
Date:              _____
Server's Address:  _____
                   _____
                   _____

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

| | | |
|---|---|---|
| Freedom From Religion Foundation, Inc., et al | ) | |
| | ) | |
| *Plaintiff,* | ) | Civil Action No. 11-15617 |
| v. | ) | |
| Warren, City of, et al | ) | Hon. Lawrence P. Zatkoff |
| *Defendant.* | ) | |

**SUMMONS IN A CIVIL ACTION**

To: City of Warren Downtown Development Authority

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Danielle J. Hessell
> Butzel Long
> 41000 Woodward Avenue
> Bloomfield Hills, MI 48304

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*DAVID J. WEAVER, CLERK OF COURT*

By: s/ Kristen Krawczyk
*Signature of Clerk or Deputy Clerk*

Date of Issuance: December 23, 2011



# Summons and Complaint Return of Service

Case No. 11-15617
Hon. Lawrence P. Zatkoff

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Party Served: City of Warren Downtown Development Authority

Date of Service:

## Method of Service

____ Personally served at this address:

____ Left copies at the usual place of abode with (name of person):

____ Other (specify):

____ Returned unexecuted (reason):

**Service Fees:**  Travel $_____  Service $_____  Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server:

Signature of Server:

Date:

Server's Address:

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

| | | |
|---|---|---|
| Freedom From Religion Foundation, Inc., et al | ) | |
| *Plaintiff,* | ) | Civil Action No. 11-15617 |
| v. | ) | |
| Warren, City of, et al | ) | Hon. Lawrence P. Zatkoff |
| *Defendant.* | ) | |

**SUMMONS IN A CIVIL ACTION**

To:  Mayor James R. Fouts

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Danielle J. Hessell
Butzel Long
41000 Woodward Avenue
Bloomfield Hills, MI 48304

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*DAVID J. WEAVER, CLERK OF COURT*

By: s/ Kristen Krawczyk
*Signature of Clerk or Deputy Clerk*

Date of Issuance: December 23, 2011



AO 440 (Rev. 12/09) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No. 11-15617
Hon. Lawrence P. Zatkoff

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Party Served: Mayor James R. Fouts

Date of Service: _____

## Method of Service

____ Personally served at this address:
_____
_____
_____

____ Left copies at the usual place of abode with (name of person):
_____
_____
_____

____ Other (specify):
_____
_____
_____

____ Returned unexecuted (reason):
_____
_____
_____

**Service Fees:**   Travel $_____   Service $_____   Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server: _____

Signature of Server: _____

Date: _____

Server's Address: _____
_____
_____