UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF MICHIGAN

FREEDOM FROM RELIGION FOUNDATION,
INC., a Wisconsin non-profit corporation, and      Case No: 2:11-cv-15617
DOUGLAS J. MARSHALL, a Michigan individual,        Honorable Lawrence P. Zatkoff
                                                   Referral Judge: R. Steven Whalen
              Plaintiffs,                          Filed 12/22/11

v

CITY OF WARREN, MICHIGAN, CITY OF WARREN
DOWNTOWN DEVELOPMENT AUTHORITY
and JAMES R. FOUTS, Mayor of Warren, Michigan,

              Defendants.

_____/

| | |
|---|---|
| BUTZEL LONG, PC | KIRK, HUTH, LANGE & BADALAMENTI, PLC |
| By: ROBIN LUCE-HERMANN (P46880) | By: ROBERT S. HUTH, JR. (P42531) |
| DANIELLE J. HESSELL (P68667) | RAECHEL M. BADALAMENTI (P64361) |
| JENNIFER DUKARSKI (P74257) | OLIVIA N. KEUTEN (P69883) |
| Attorneys for Plaintiffs | Attorneys for Defendants |
| 41000 Woodward Avenue | 19500 Hall Road, Ste. 100 |
| Bloomfield Hills, MI 48304 | Clinton Township, MI  48038 |
| (248) 258-1616 | (586) 412-4900 |

_____/

## APPEARANCE OF COUNSEL

PLEASE ENTER the appearance of the undersigned Robert S. Huth, Jr. as attorney for

Defendants City of Warren, City of Warren Downtown Development Authority and James R.

Fouts, Mayor of Warren, Michigan.

Respectfully submitted,
**KIRK, HUTH, LANGE & BADALAMENTI, PLC**

By:     s/Robert S. Huth, Jr.
        ROBERT S. HUTH, JR. (P42531)
        rhuth@khlblaw.com
        Attorneys for Defendants
        19500 Hall Road, Suite 100
        Clinton Township, MI  48038
Dated: December 27, 2011     (586) 412-4900

## CERTIFICATE OF SERVICE

I hereby certify that on <u>December 27, 2011</u>, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to the following: <u>Counsel for Plaintiffs, Robin Luce-Herrmann/Danielle J. Hessell/Jennifer Dukarski</u>.

s/Robert S. Huth, Jr.
ROBERT S. HUTH, JR. (P42531)
rhuth@khlblaw.com
19500 Hall Road, Suite 100
Clinton Township, MI  48038
(586) 412-4900