UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF MICHIGAN

FREEDOM FROM RELIGION FOUNDATION,
INC., a Wisconsin non-profit corporation, and
DOUGLAS J. MARSHALL, a Michigan individual,

        Plaintiffs,

v

CITY OF WARREN, MICHIGAN, CITY OF WARREN
DOWNTOWN DEVELOPMENT AUTHORITY
and JAMES R. FOUTS, Mayor of Warren, Michigan,

        Defendants.

Case No: 2:11-cv-15617
Honorable Lawrence P. Zatkoff
Referral Judge: R. Steven Whalen
Filed 12/22/11

_____/

| BUTZEL LONG, PC | KIRK, HUTH, LANGE & BADALAMENTI, PLC |
|---|---|
| By: ROBIN LUCE-HERMANN (P46880) | By: ROBERT S. HUTH, JR. (P42531) |
| DANIELLE J. HESSELL (P68667) | RAECHEL M. BADALAMENTI (P64361) |
| JENNIFER DUKARSKI (P74257) | OLIVIA N. KEUTEN (P69883) |
| Attorneys for Plaintiffs | Attorneys for Defendants |
| 41000 Woodward Avenue | 19500 Hall Road, Ste. 100 |
| Bloomfield Hills, MI 48304 | Clinton Township, MI  48038 |
| (248) 258-1616 | (586) 412-4900 |

_____/

## APPEARANCE OF COUNSEL

      PLEASE ENTER the appearance of the undersigned Raechel M. Badalamenti as co-counsel for Defendants City of Warren, City of Warren Downtown Development Authority and James R. Fouts, Mayor of Warren, Michigan.

                              Respectfully submitted,
                              **KIRK, HUTH, LANGE & BADALAMENTI, PLC**

                              By:    s/Raechel M. Badalamenti
                                    RAECHEL M. BADALAMENTI (P64361)
                                    rbadalamenti@khlblaw.com
                                    Attorneys for Defendants
                                    19500 Hall Road, Suite 100
                                    Clinton Township, MI  48038
Dated: December 27, 2011              (586) 412-4900

## **CERTIFICATE OF SERVICE**

  I hereby certify that on <u>December 27, 2011</u>, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to the following: <u>Counsel for Plaintiffs, Robin Luce-Herrmann/Danielle J. Hessell/Jennifer Dukarski</u>.

            <u>s/Raechel M. Badalamenti</u>
            RAECHEL M. BADALAMENTI (P64361)
            rbadalamenti@khlblaw.com
            19500 Hall Road, Suite 100
            Clinton Township, MI  48038
            (586) 412-4900