UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FREEDOM FROM RELIGION
FOUNDATION and DOUGLAS J.
MARSHALL,

    Plaintiffs,

v.                                            Case No. 11-15617
                                              Hon. Lawrence P. Zatkoff

CITY OF WARREN, MICHIGAN,
CITY OF WARREN DOWNTOWN
DEVELOPMENT AUTHORITY and
JAMES R. FOUTS,

    Defendants.
_____/

**INITIAL SCHEDULING ORDER**
**and**
**ORDER TO APPEAR FOR HEARING ON**
**PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

      Plaintiffs filed this cause of action on December 22, 2011, and concurrently filed a motion for preliminary injunction. The municipal offices for Defendants were closed on December 23, 24, 25 and 26, 2011, and counsel for Defendant was retained and filed their appearances on Tuesday, December 27, 2011. In order for the parties to fully brief the legal issues pertinent to Plaintiffs' cause of action and request for preliminary injunctive relief, the Court hereby issues an initial scheduling order for this case and ORDERS:

    1.    Defendants' response(s) to Plaintiff's motion for preliminary injunction shall be filed no later than 4:00 p.m. on Friday, December 30, 2011.

2. Plaintiffs' reply(ies) to Defendants' response(s) shall be filed no later than 4:00 p.m. on Monday, January 2, 2012.

3. The parties and their counsel shall appear at the Federal Building, 526 Water Street, Port Huron, Michigan, for a hearing on Plaintiffs' motion for preliminary injunction, to be held at 10:00 a.m. on Wednesday, January 4, 2012. The parties are hereby advised and notified that the Court may advance the trial on the merits and consolidate it with the preliminary injunction hearing, as permitted pursuant to Fed.R.Civ.P. 65(a)(2).

IT IS SO ORDERED.

S/Lawrence P. Zatkoff
LAWRENCE P. ZATKOFF
UNITED STATES DISTRICT JUDGE

Dated: December 28, 2011

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of this Order was served upon the attorneys of record by electronic or U.S. mail on December 28, 2011.

S/Marie E. Verlinde
Case Manager
(810) 984-3290