IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FREEDOM FROM RELIGION FOUNDATION,
INC., a Wisconsin non-profit corporation, and
DOUGLAS J. MARSHALL, a Michigan individual,

    Plaintiffs,                              Case No. 2:11-cv-15617
                                                 Hon. Lawrence P. Zatkoff

v.

CITY OF WARREN, MICHIGAN,
CITY OF WARREN DOWNTOWN DEVELOPMENT
AUTHORITY, and JAMES R. FOUTS, Mayor of
Warren, Michigan,

    Defendants.
_____/

**NOTICE OF WITHDRAWAL OF PLAINTIFFS DOUGLAS MARSHALL
AND FREEDOM FROM RELIGION FOUNDATION, INC.'S
<u>MOTION FOR PRELIMINARY INJUNCTION</u>**

      Plaintiffs, Douglas Marshall and Freedom From Religion Foundation, Inc., hereby withdraw their Motion for Preliminary Injunction in this matter, the hearing on which is currently scheduled for Wednesday, January 4, 2012 at 10:00 a.m.

                                                 Respectfully submitted,

                                                 BUTZEL LONG, a professional corporation


                                                 By: s/ Danielle J. Hessell
                                                 Robin Luce-Herrmann (P46880)
                                                 Danielle J. Hessell (P68667)
                                                 Jennifer Dukarski (P74257)
                                                 Stoneridge West
                                                 41000 Woodward Avenue
                                                 Bloomfield Hills, Michigan  48304
                                                 Attorneys for Plaintiffs
                                                 (248) 258-1616
Dated:  December 29, 2011            hessell@butzel.com

2

**CERTIFICATE OF SERVICE**

   I hereby certify that on December 29, 2011, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to all counsel of record.

             s/ Danielle J. Hessell
            Danielle J. Hessell (P68667)
            Butzel Long, a professional corporation
            Stoneridge West
            41000 Woodward Avenue
            Bloomfield Hills, Michigan  48304
            (248) 258-1616