AO (Rev. 12/09) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No. 11-15617
Hon. Lawrence P. Zatkoff

and Plaintiffs Douglas Marshall and Freedom From Religion Foundation, Inc.'s Motion for Preliminary Injunction and Brief in Support

A copy of the ~~Summons and~~ Complaint has been served in the manner indicated below:

Name of Party Served: City of Warren Downtown Development Authority

Date of Service: Thurs, 12-22-11 @ 4:50 pm

## Method of Service

___ Personally served at this address:

___ Left copies at the usual place of abode with (name of person):

✓ Other (specify): c/o Viola, Clerk
City of Warren Downtown Development Authority
1 City Square, Warren, MI 48093

___ Returned unexecuted (reason):

**Service Fees:** Travel $_____ Service $_____ Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server: Wanda A. Lee
Signature of Server: Wanda A. Lee
Date: 12-28-11
Server's Address: Investigative Services
P.O. Box 97
Farmington, MI 48332