UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FREEDOM FROM RELIGION FOUNDATION,
INC., a Wisconsin non-profit corporation, and
DOUGLAS J. MARSHALL, a Michigan individual,

Case No: 2:11-cv-15617
Honorable Lawrence P. Zatkoff
Referral Judge: R. Steven Whalen
Filed 12/22/11

      Plaintiffs,

v

CITY OF WARREN, MICHIGAN, CITY OF WARREN
DOWNTOWN DEVELOPMENT AUTHORITY
and JAMES R. FOUTS, Mayor of Warren, Michigan,

      Defendants.
_____/

| BUTZEL LONG, PC | KIRK, HUTH, LANGE & BADALAMENTI, PLC |
|---|---|
| By: ROBIN LUCE-HERMANN (P46880) | By: ROBERT S. HUTH, JR. (P42531) |
| DANIELLE J. HESSELL (P68667) | RAECHEL M. BADALAMENTI (P64361) |
| JENNIFER DUKARSKI (P74257) | OLIVIA N. KEUTEN (P69883) |
| Attorneys for Plaintiffs | Attorneys for Defendants |
| 41000 Woodward Avenue | 19500 Hall Road, Ste. 100 |
| Bloomfield Hills, MI 48304 | Clinton Township, MI 48038 |
| (248) 258-1616 | (586) 412-4900 |

_____/

**STIPULATION AND ORDER RE: PRE-SCHEDULED
DATE FOR CITY HALL CHRISTMAS DISPLAY REMOVAL**

Defendants the City of Warren, the City of Warren Downtown Development Authority and/or Mayor James R. Fouts (collectively "Defendants") do hereby represent, at the request of the Plaintiffs, that the entire Christmas Display presently in the atrium of the City of Warren Municipal Building is and has always been scheduled to be taken down on Tuesday, January 3, 2012.

For purposes of this Order, the term "Christmas Display" includes all elves, Christmas trees and wreathes adorned with lights, ribbons and ornaments, a "Merry Christmas" sign, nutcrackers, poinsettias, wrapped 'present' boxes, candy canes and the Santa-mailbox. The term

"Christmas Display" does not include any snowflakes, snowmen or "Winter Welcome" type signs.

PURSUANT TO THE FOREGOING, IT IS HEREBY STIPULATED AND AGREED upon by all parties pertinent hereto that the Defendants shall maintain this pre-scheduled date to take down the entire Christmas Display presently in the atrium of the City of Warren Municipal Building.

| | |
|---|---|
| s/Danielle J. Hessell_____ | s/Raechel M. Badalamenti_____ |
| DANIELLE J. HESSELL (P68667) | RAECHEL M. BADALAMENTI (P64361) |
| Attorney for Plaintiffs | Attorneys for Defendants |

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

FREEDOM FROM RELIGION FOUNDATION,
INC., a Wisconsin non-profit corporation, and          Case No: 2:11-cv-15617
DOUGLAS J. MARSHALL, a Michigan individual,            Honorable Lawrence P. Zatkoff
                                                       Referral Judge: R. Steven Whalen

        Plaintiffs,

v.

CITY OF WARREN, MICHIGAN, CITY OF WARREN
DOWNTOWN DEVELOPMENT AUTHORITY
and JAMES R. FOUTS, Mayor of Warren, Michigan,

        Defendants.
_____/

## STIPULATED ORDER

At a session of said Court held in the City of Port Huron,
St. Clair County, MI this 4th day of January, 2012

PURSUANT TO A STIPULATION BETWEEN THE PARTIES;

    IT IS HEREBY ORDERED that the Defendants shall maintain the pre-scheduled date of January 3, 2012, to take down the entire Christmas Display presently in the atrium of the City of Warren Municipal Building.

                                            s/Lawrence P. Zatkoff
                                            U.S. DISTRICT COURT JUDGE

                                            Dated:  January 4, 2012