AO 440 (Rev. 12/09) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No. 11-15617
Hon. Lawrence P. Zatkoff

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Party Served: Warren, City of

Date of Service: 1/6/12

*acknowledged by: Raechel Belar*
*Raechel Badalamenti P64361*
*Atty for Defendants.*

**Method of Service**

___ Personally served at this address:

___

___

___ Left copies at the usual place of abode with (name of person):

___

___

___ Other (specify):

___

___

___ Returned unexecuted (reason):

___

___

**Service Fees:**   Travel $_____   Service $_____   Total $_____

# Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server: _____

Signature of Server: _____

Date: _____

Server's Address: _____