

AO 440 (Rev. 12/09) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No. 11-15617
Hon. Lawrence P. Zatkoff

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Party Served:    Mayor James R. Fouts

Date of Service:    1/6/12

*acknowledged* [signature] Raechel Badalamenti P64361 Attorney for Defendants.

**Method of Service**

\_\_\_ Personally served at this address:

\_\_\_ Left copies at the usual place of abode with (name of person):

\_\_\_ Other (specify):

\_\_\_ Returned unexecuted (reason):

**Service Fees:**    Travel $\_\_\_\_    Service $\_\_\_\_    Total $\_\_\_\_

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server:

Signature of Server:

Date:

Server's Address: