**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

**FREEDOM FROM RELIGION FOUNDATION,**
**INC.**, a Wisconsin non-profit corporation, and
**DOUGLAS J. MARSHALL**, a Michigan individual,

                                         Case No: 2:11-cv-15617

         Plaintiffs,                           Honorable Lawrence P. Zatkoff
                                               Referral Judge: R. Steven Whalen

v.

**CITY OF WARREN, MICHIGAN**, **CITY OF WARREN**
**DOWNTOWN DEVELOPMENT AUTHORITY**
and **JAMES R. FOUTS**, Mayor of Warren, Michigan,

         Defendants.

_____/

### APPEARANCE

         PLEASE ENTER the Appearance of the undersigned as counsel of record for Plaintiffs,

Freedom From Religion Foundation, Inc. and Douglas J. Marshall.

                                        **BUTZEL LONG**,
                                        a professional corporation

                                        /s/ Jennifer A. Dukarski
                                        **Jennifer A. Dukarski** (P74257)
                                        350 S. Main Street, Suite 300
                                        Ann Arbor, MI  48104
                                        (734) 213-3427
                                        dukarski@butzel.com
                                        *Attorney for Plaintiffs*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on January 30, 2012, I electronically filed the foregoing Notice of Appearance and it is available for viewing and downloading from the ECF system.  Service was accomplished by means of Notice of Electronic Filing upon the attorneys of record.

/s/Jennifer A. Dukarski
**Jennifer A. Dukarski** (P74257)
**Butzel Long**, a professional corporation
350 S. Main Street, Suite 300
Ann Arbor, MI  48104
(734) 213-3427
dukarski@butzel.com
*Attorney for Plaintiffs*