IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FREEDOM FROM RELIGION FOUNDATION,
INC., a Wisconsin non-profit corporation, and
DOUGLAS J. MARSHALL, a Michigan individual,

    Plaintiffs,                               Case No. 2:11-cv-15617
                                                 Hon. Lawrence P. Zatkoff

v.

CITY OF WARREN, MICHIGAN,
CITY OF WARREN DOWNTOWN DEVELOPMENT
AUTHORITY, and JAMES R. FOUTS, Mayor of
Warren, Michigan,

    Defendants.

_____/

### STIPULATED ORDER EXTENDING PLAINTIFFS' TIME TO RESPOND TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

This matter comes before the Court upon the Stipulation of the parties regarding extending Plaintiffs' time to respond to Defendants' Motion for Summary Judgment in this matter by two (2) weeks, and the Court being fully advised:

**IT IS ORDERED**, that Plaintiffs' Response to Defendants' Motion for Summary Judgment shall be filed and served on or before Friday, March 2, 2012.

                                                                  s/Lawrence P. Zatkoff
                                                                  HON. LAWRENCE P. ZATKOFF

Dated: February 15, 2012

STIPULATED AND AGREED TO:

s/ Danielle J. Hessell                              s/ Raechel M. Badalamenti
DANIELLE J. HESSELL (P68667)             RAECHEL M. BADALAMENTI (P64361)
Attorney for Plaintiffs                                    Attorney for Defendants

Dated: February 14, 2012