IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FREEDOM FROM RELIGION
FOUNDATION, INC., et al.,

    Plaintiffs,

vs.

CITY OF WARREN, et al.,

    Defendants.
    _____/

Case No.11-cv-15617

Hon. Lawrence P. Zatkoff

## APPEARANCE

To the Clerk of the Court:

    Please enter the appearance of Daniel S. Korobkin as counsel for proposed *amicus curiae* American Civil Liberties Union Fund of Michigan.

    Respectfully submitted,

    /s/ Daniel S. Korobkin
    Daniel S. Korobkin (P72842)
    American Civil Liberties Union
      Fund of Michigan
    2966 Woodward Ave.
    Detroit, MI 48201
    (313) 578-6824
    dkorobkin@aclumich.org

    Attorney for proposed *amicus curiae*

Dated: February 21, 2012