# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

FREEDOM FROM RELIGION
FOUNDATION, INC., et al.,

    Plaintiffs,

vs.

CITY OF WARREN, et al.,

    Defendants.

                                          /

Case No. 11-cv-15617

Hon. Lawrence P. Zatkoff

## **STIPULATED ORDER GRANTING LEAVE TO FILE *AMICUS CURIAE* BRIEF**

The American Civil Liberties Union Fund of Michigan seeks leave to file an *amicus curiae* brief in the above-captioned case. By stipulation of the parties, leave will be granted. Accordingly, it is hereby ORDERED that the American Civil Liberties Union Fund of Michigan may file an *amicus curiae* brief on or before March 2, 2012.

    IT IS SO ORDERED.

Dated: February 22, 2012                    s/Lawrence P. Zatkoff
                                              HON. LAWRENCE P. ZATKOFF
                                              UNITED STATES DISTRICT JUDGE

By their signatures below, the parties stipulate and agree to the above order:

/s/ Daniel S. Korobkin
DANIEL S. KOROBKIN (P72842)
Attorney for Proposed *Amicus Curiae*

/s/ Danielle J. Hessell         (by consent)
DANIELLE J. HESSELL (P68667)
Attorney for Plaintiffs

/s/ Raechel M. Badalamenti   (by consent)
RAECHEL M. BADALAMENTI (P64361)
Attorney for Defendants

Dated: February 21, 2012