UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FREEDOM FROM RELIGION
FOUNDATION, INC., and DOUGLAS
J. MARSHALL,

        Case No. 11-15617
  Plaintiffs,        Hon. Lawrence P. Zatkoff

v.

CITY OF WARREN, MICHIGAN,
CITY OF WARREN DOWNTOWN
DEVELOPMENT AUTHORITY, and
JAMES R. FOUTS,

  Defendants.
_____/

## JUDGMENT

IT IS ORDERED AND ADJUDGED that pursuant to this Court's opinion and order dated May 31, 2012, Plaintiff's action is DISMISSED WITH PREJUDICE.

Dated at Port Huron, Michigan, this 31st day of May, 2012.

        DAVID J. WEAVER
        CLERK OF THE COURT

        BY:  s/Marie E. Verlinde
        Marie E. Verlinde
        Case Manager

APPROVED:

s/Lawrence P. Zatkoff
LAWRENCE P. ZATKOFF
UNITED STATES DISTRICT JUDGE