# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | 100 EAST FIFTH STREET, ROOM 540 | |
|---|---|---|
| Deborah S. Hunt | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: February 25, 2013

Ms. Raechel M. Badalamenti
Kirk & Huth
19500 Hall Road, Suite 100
Clinton Township, MI 48038-0000

Ms. Shelli Li Calland
Covington & Burling
1201 Pennsylvania Avenue, N.W.
Washington, DC 20004

Mr. Steven W. Fitschen
National Legal Foundation
2224 Virginia Beach Blvd., Suite 204
Virginia Beach, VA 23454

Ms. Danielle J. Hessell
Butzel Long
41000 Woodward Avenue
Stoneridge West
Bloomfield Hills, MI 48304

Ms. Ayesha N. Khan
Americans United for Separation of Church and State
1301 K Street, NW, Suite 850
Washington, DC 20005

Mr. Daniel S. Korobkin
ACLU Fund of Michigan
2966 Woodward Avenue
Detroit, MI 48201

Mr. Gregory M. Lipper
Americans United for the Separation of Church and State
518 C Street, N.E.
Washington, DC 20002-0000

Mr. John P. Tuskey
Bingham & Loughlin
P.O. Box 583
Mishawaka, IN 46546-0583

        Re:  Case No. 12-1858, *Freedom From Religion Found, et al v. City of Warren, et al*
              Originating Case No. : 2:11-cv-15617

Dear Counsel,

   The court today announced its decision in the above-styled case.

   Enclosed is a copy of the court's opinion together with the judgment which has been entered in conformity with Rule 36, Federal Rules of Appellate Procedure.

                                              Yours very truly,

                                              Deborah S. Hunt, Clerk


                                              Cathryn Lovely
                                              Deputy Clerk

cc:  Mr. David J. Weaver

Enclosures

Mandate to issue.

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

No. 12-1858

FREEDOM FROM RELIGION FOUNDATION, INC.
and DOUGLAS J. MARSHALL,
    Plaintiffs - Appellants,

v.

CITY OF WARREN, MICHIGAN; CITY OF WARREN
DOWNTOWN DEVELOPMENT AUTHORITY;
and JAMES R. FOUTS, Mayor of Warren, Michigan,
    Defendants - Appellees.

>        FILED
>     Feb 25, 2013
> DEBORAH S. HUNT, Clerk

Before: SILER, SUTTON, and McKEAGUE, Circuit Judges.

**JUDGMENT**

On Appeal from the United States District Court
for the Eastern District of Michigan at Detroit.

THIS CAUSE was heard on the record from the district court and was argued by counsel.

IN CONSIDERATION WHEREOF, it is ORDERED that the judgment of the district court is AFFIRMED.

                **ENTERED BY ORDER OF THE COURT**

                Deborah S. Hunt, Clerk